# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**In re KAISER ALUMINUM CORP., et al.,**

        Debtor.

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES, <br><br>      Appellants, <br><br> v. <br><br> KAISER ALUMINUM CORP., *et al.*, <br><br>      Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. **04-CV-1496**[1] <br>    Hon. Joseph J. Farnan, Jr. <br><br>    Appeal from Bankruptcy Case 02-10429 <br>    Hon. Judith K. Fitzgerald |

**In re the Flintkote Company et al.**

        Debtor.

| | |
|---|---|
| CERTAIN LONDON MARKET INSURANCE COMPANIES, <br><br>      Appellants, <br><br> v. <br><br> THE FLINTKOTE COMPANY,, *et al.*, <br><br>      Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 04-CV-1521 <br>    (consolidated) <br><br>    Appeal from Bankruptcy Case 04-11300 <br>    Hon. Judith K. Fitzgerald |

## CORRECTED STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

---

[1] By Order entered February 25, 2005, this Court consolidated the appeal in *Certain London Market Insurance Companies v. The Flintkote Company, et al.,* Civil Action No. 04-CV-1521, with the above captioned case, and directed that all future pleadings in the consolidated actions be filed in Civil Action No. 04-1496 only.

THIS MATTER having come before the Court upon the filing of appeals of a Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019" (the "Revised 2019 Order") in the two above captioned cases, and the Court having granted Appellant's Motions to Rescind Referral to Mediation, for Consolidation, and Set Common Briefing Schedule by Order entered February 25, 2005, and the parties having conferred and agreed to the following revised briefing schedule:

IT IS HEREBY STIPULATED that:

(a)     Appellants' Opening Brief on appeal shall be filed on or before March 18, 2005;

(b)     Answering Brief on appeal shall be filed on or before April 6, 2005; and

(c)     Appellants' Reply Brief on appeal shall be filed on or before April 18, 2005.

(d)     This Stipulation may be executed in multiple facsimile or original counterparts, each of which shall be deemed an original. but all of which shall constitute one and the same instrument.

Robert T. Aulgur, Jr. (No. 165)
Kristi J. Doughty (No. 3826)
WHITTINGTON & AULGUR
313 N. Dupont Hwy., Suite 110
P.O. Box 617
Odessa, DE 19730-1617

Baron & Budd, P.C.
Silber Pearlman, LLP
Kathleen M. Miller/Etta R. Wolfe
Smith, Katzenstein & Furlow, LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor

Telephone: (302) 378-1661
Facsimile: (302) 285-0236
            And
Phillip R. Matthews
Paul J. Killion
HANCOCK, ROTHERT & BUNSHOFT
Four Embarcadero Center
San Francisco, CA 94111-4168
Telephone: (415) 981-5550
Facsimile: (415) 955-2999
            And

P.O. Box 410
Wilmington, Delaware 19899
            And
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599

            And

Russell W. Roten
Katherine M. Windler
Peter B. Ackerman
COUDERT BROTHERS LLP
333 South Hope Street, 23rd Floor
Los Angeles, CA 90071
Telephone: (213) 229-2900
Facsimile: (213) 229-2999
            And
LORD BISSELL & BROOK
FRED L. ALVAREZ, ESQUIRE
SUITES 2600-3600 HARRIS BANK BUILDING
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603
TELEPHONE: (312) 443-1758
FACSIMILE: (312) 896-6758

Counsel for Appellants,
Certain Underwriters at Lloyd's,
London and Certain London Market Insurance Companies

Sander L. Esserman, Esquire
Stutzman, Bromberg, Esserman &
            Plifka, P.C.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

Counsel for Appellees
BARON & BUDD, P.C.

SO ORDERED.

_____
The Honorable Joseph J. Farnan