IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**In re KAISER ALUMINUM CORP., et al.,**

    Debtor.

---

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES, | ) Civil Action No. 04-CV-1496 <br> ) Hon. Joseph J. Farnan, Jr. <br> ) <br> ) Appeal from Bankruptcy Case No. 02-10429 |
| Appellants, | ) Hon. Judith K. Fitzgerald <br> ) |
| v. | ) Consolidated with the appeal in <br> ) *In re The Flintkote Company, et al.*, |
| KAISER ALUMINUM CORP., *et al.*, | ) Bankr. Case Nos. 04-11300 & 04-12440 <br> ) (Hon. Judith K. Fitzgerald), |
| Appellees. | ) D. Del. Case No. 04-CV-1521 |

## SUPPLEMENTAL DESIGNATION OF RECORD

Certain Underwriters at Lloyds, London, Certain London Market Insurers ("London Market Insurers"), file this Supplemental Designation of Record.

### Items to be Included in the Record on Appeal

London Market Insurers designate the following items to be included in the record pertinent to this appeal:

| | Docket No. | EOD | General Bankruptcy Case Pleading |
|---|---|---|---|
| 1. | 6052 | 1/27/05 | Notice of Filing of (I) Amendment to Intercompany Settlement Agreement and (II) Stipulation for Settlement of Controversy between the Debtors and the United States of America, Exhibit A, KAC Plan Treatment of Personal Injury Claims and Demands |

        Respectfully submitted,

        WHITTINGTON & AULGUR

By:   /s/ Kristi J. Doughty
       Robert T. Aulgur, Jr. (No. 165)
       Kristi J. Doughty (No. 3826)
       313 N. Dupont Hwy., Suite 110
       P.O. Box 617
       Odessa, DE 19730-1617
       Telephone:  (302) 378-1661
       Facsimile:  (302) 285-0236

       Phillip R. Matthews
       Paul J. Killion
       HANCOCK, ROTHERT & BUNSHOFT
       Four Embarcadero Center
       San Francisco, CA 94111-4168
       Telephone: (415) 981-5550
       Facsimile: (415) 955-2999

       Russell W. Roten
       Katherine M. Windler
       Peter B. Ackerman
       COUDERT BROTHERS LLP
       333 South Hope Street, 23rd Floor
       Los Angeles, CA 90071
       Telephone: (213) 229-2900
       Facsimile:  (213) 229-2999

       *Counsel for Certain Underwriters at Lloyd's,*
       *London and Certain London Market Insurers*