IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**In re KAISER ALUMINUM CORP., et al.,**

      Debtors.

---

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES, | ) Civil Action No. 04-CV-1496 <br> ) Hon. Joseph J. Farnan, Jr. <br> ) <br> ) Appeal from Bankruptcy Case No. 02-10429 |
|       Appellants, | ) Hon. Judith K. Fitzgerald <br> ) |
| v. | ) Consolidated with the appeal in <br> ) *In re The Flintkote Company, et al.*, |
| KAISER ALUMINUM CORP., *et al.*, | ) Bankr. Case Nos. 04-11300 & 04-12440 |
| | ) (Hon. Judith K. Fitzgerald), |
|       Appellees. | ) D. Del. Case No. 04-CV-1521 |

## CERTIFICATE OF SERVICE

      I, Kristi J. Doughty, hereby certify this 18[h] day of March, A.D. 2005 that one true copy of the **BRIEF OF APPELLANTS, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES** and one true copy of the **SUPPLEMENTAL DESIGNATION OF RECORD** were delivered via electronic service and first class mail to the following:

| **Co-Counsel for Kaiser Aluminum Corp., *et. al.*** | **Co-Counsel for Official Committee of Asbestos Personal Injury Claimants** |
|---|---|
| Gregory M. Gordon <br> Daniel P. Winikka <br> Nick Bowen <br> Jones Day <br> 2727 North Harwood St. <br> Dallas, TX 75201 USA | Elihu Inselbuch, Esquire <br> Caplin & Drysdale, LLP <br> 339 Park Avenue, 27th Floor <br> New York, NY 10022-4614 |
| Daniel J. DeFranceschi <br> Kimberly D. Newmarch | Peter Van N. Lockwood <br> Ronald R. Reinsel |

| | |
|---|---|
| Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005-5802<br><br>Marla R. Eskin<br>Mark T. Hurford<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801 |
| **Counsel for Future Asbestos Claimants Representative**<br>Sharon Zieg<br>Young Conway Stargatt & Taylor<br>P.O. Box 391<br>Brandywine Building<br>1000 West Street'<br>Wilmington, DE 19899<br><br>**Co-Counsel for Future Silica Claimants Representative**<br>Sander L. Esserman, Esquire<br>Stutzman, Bromberg, Esserman & Plifka, P.C.<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br><br>Daniel K. Hogan<br>1701 Shallcross Avenue Suite C<br>Wilmington, DE 19806 | **Baron & Budd, P.C.**<br>**Silber Pearlman, LLP**<br>Kathleen M. Miller<br>Smith, Katzenstein & Furlow, LLP<br>The Corporate Plaza<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, Delaware 19899<br>(Courier 19801)<br><br>Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, Texas 75219 |
| **Office of the United States Trustee**<br>Frank J. Perch, III, Esquire<br>Assistant United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | **Brayton Purcell**<br>Alan R. Brayton<br>222 Rush Landing Road<br>Novato, CA 94948 |

**Co-Counsel for The Flinkote Company**
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintrab, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705

Wilmington, DE 19899
p. 302.652.4100
f. 302.652.4400

Kevin Lantry, Esquire
Sidley Austin Brown & Wood, LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-6000
p.231.896.6000
f. 213.896.6600

**Co-Counsel for Futures Claimants Representative -Flintkote**
James Patton, Esquire
Young Conoway Stargatt & Taylor
Brandywine Building
1000 West Street'
Wilmington, DE 19899
p. 302.571.6600
f. 302.576.3317

Matthew E. Albers, Esquire
James J. McMonagle, Esquire
Vorys, Sater, Seymour & Pease, LLP
2100 One Cleveland Circle
1375 E. Ninth Street
Cleveland, OH 44114
p. 216.479.6100

**Official Committee of Asbestos Personal Injury Claimants -Flintkote**
Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
p. 302.426.1900
f. 302.426.9947

                                         /s/ Kristi J. Doughty
                                         Robert T. Aulgur, Jr. (No. 165)
                                         Kristi J. Doughty (No. 3826)
                                         P.O. Box 617
                                         Odessa, DE 19730-0617
                                         Attorneys for Certain Underwriters at Lloyd's,
                                         London and Certain London Market Insurers

Dated: March 18, 2005