| | |
|---|---|
| Daniel K. Hogan (DE #2814)<br>THE HOGAN FIRM<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: 302-656-7540<br>Facsimile: 302-656-7599 | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,<br>A Professional Corporation<br>Sander L. Esserman (TX Bar No. 06671500)<br>David A. Klingler (TX Bar No. 11574300)<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>Telephone : (214) 969-4900<br>Facsimile: (214) 969-4999 |

**COUNSEL FOR APPELLEES BARON & BUDD, P.C., AND SILBER PEARLMAN, LLP** (in appeal from *Flintkote* order But not the corresponding order in Kaiser Aluminum)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES,<br><br>　　　　Appellants,<br><br>v.<br><br>BARON & BUDD, P.C., and SILBER PEARLMAN, LLP,<br><br>　　　　Appellees. | Civil Action No. 04-CV-1496<br>Hon. Joseph J. Farnan, Jr.<br><br>Appeal from Bankruptcy Case<br>No. 02-10429<br>(Hon. Judith K. Fitzgerald)<br><br>Consolidated with the appeal in *In re The Flintkote Co., et al.,* Bankr. Case Nos. 04-11300 & 04-12440<br>(Hon. Judith K. Fitzgerald)<br>D. Del. Case No. 04-CV-1521 |
| IN RE:<br><br>　KAISER ALUMINUM CORP., *et al.*<br><br>　　　　Debtors. | Chapter 11<br><br>Case Nos. 00-3837 – 3854<br>(JKF)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Daniel K. Hogan, hereby certify this 6th day of April, 2005, that one true copy of the Brief of Appellees Baron & Budd, P.C., and Silber Pearlman, LLP Regarding the Flintkote Appeal, as well as the Declaration of David A. Klingler, was delivered via first class mail to the following:

Kristi J. Doughty, Esq.
Whittington & Aulgur
313 North DuPont Highway, Suite 110
P.O. Box 617
Odessa, DE 19730-0617

Frank Perch
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Laura Davis Jones, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub, PC
919 North Market Street, 16 Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow, LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899

Daniel J. DeFranceschi, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Sharon Matava Zieg, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
P.O. Box 391
Wilmington, DE 19899

Marla Rosoff Eskin, Esq.
Campbell & Levine
800 N. King Street
Suite 2313
Wilmington, DE 19801

/s/Daniel K. Hogan            .
Daniel K. Hogan (DE #2814)