**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this **6th** day of **April, 2005**, two copies of the foregoing *Joinder of Appellees Baron & Budd, P.C. and Silber, Pearlman, LLP in the Kaiser Aluminum Appeal to Their Brief in the Consolidated Flintkote Appeal* was served on the following parties by first class mail:

| | |
|---|---|
| Daniel J. DeFranceschi<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Peter Van N. Lockwood<br>Ronald R. Reinsel<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W., 1201 N.W.<br>Washington, DC 20005-5802 |
| Kristi JoLynn Doughty<br>Whittington & Aulgur<br>Odessa Professional Park<br>P.O. Box 617<br>Odessa, DE 19730 | Alan R. Brayton<br>Brayton Purcell<br>222 Rush Landing Road<br>Novato, CA 94948 |
| Sharon Matava Zieg<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Frank J. Perch, III<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2313<br>Wilmington, DE 19801 |
| Marla Rosoff Eskin<br>Campbell & Levine<br>800 North King Street<br>Suite 300<br>Wilmington, DE 19801 | Laura Davis Jones<br>Pachulski, Stang, Ziehl, Young & Jones,<br>919 North Market Street, Suite 1600<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 |
| Gregory M. Gordon<br>Nick Bowen<br>Jones Day<br>2727 N. Harwood St.<br>Dallas, TX 75201 | Daniel K. Hogan<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806 |
| Elihu Inselbuch<br>Caplin & Drysdale, Chartered<br>399 Park Avenue<br>New York, NY 10022-4614 | Kevin T. Lantry<br>Sidley Austin Brown & Wood LLP<br>555 West Fifth Street<br>Los Angeles, California 90013 |

Matthew E. Albers
Vorys Sater Seymour & Pease, LLP
2100 One Cleveland Circle
1375 East Ninth Street
Cleveland, OH 44114

                                              Kathleen M. Miller (ID No. 2898)

10001514.WPD