IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**In re KAISER ALUMINUM CORP.,** *et al.*,

      Debtors.

___

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-CV-1496<br>Hon. Joseph J. Farnan<br><br>Appeal from Bankr. Case No. 02-10429<br>(Hon. Judith K. Fitzgerald)<br><br>Consolidated with the appeal in<br>*In re The Flintkote Company, et al.*,<br>Bankr. Case Nos. 04-11300 & 04-12440<br><br>(Hon. Judith K. Fitzgerald),<br>D. Del. Case No. 04-CV-1496 |
|       Appellants, | |
| v. | |
| KAISER ALUMINUM CORP., *et al.*, | |
|       Appellees. | |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 18th day of April, A.D. 2005 that one true copy of Reply Brief of Certain Underwriters at Lloyd's, London, and Certain London Market Insurance Companies was delivered via electronic service and first class mail to the following:

| **Co-Counsel for Kaiser Aluminum Corp., *et. al*.**<br>Gregory M. Gordon<br>Daniel P. Winikka<br>Nick Bowen<br>Jones Day<br>2727 North Harwood St.<br>Dallas, TX 75201 USA | **Co-Counsel for Official Committee of Asbestos Personal Injury Claimants**<br>Elihu Inselbuch, Esquire<br>Caplin & Drysdale, LLP<br>339 Park Avenue, 27th Floor<br>New York, NY 10022-4614 |
|---|---|

| | |
|---|---|
| Daniel J. DeFranceschi<br>Kimberly D. Newmarch<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Peter Van N. Lockwood<br>Ronald R. Reinsel<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005-5802<br><br>Marla R. Eskin<br>Mark T. Hurford<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801 |
| **Counsel for Future Asbestos Claimants Representative**<br>Sharon Zieg<br>Young Conway Stargatt & Taylor<br>P.O. Box 391<br>Brandywine Building<br>1000 West Street'<br>Wilmington, DE 19899<br><br>**Co-Counsel for Future Silica Claimants Representative**<br>Sander L. Esserman, Esquire<br>Stutzman, Bromberg, Esserman & Plifka, P.C.<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br><br>Daniel K. Hogan<br>1701 Shallcross Avenue Suite C<br>Wilmington, DE 19806 | **Baron & Budd, P.C.**<br>**Silber Pearlman, LLP**<br>Kathleen M. Miller<br>Smith, Katzenstein & Furlow, LLP<br>The Corporate Plaza<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, Delaware 19899<br>(Courier 19801)<br><br>Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, Texas 75219 |
| **Office of the United States Trustee**<br>Frank J. Perch, III, Esquire<br>Assistant United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | **Brayton Purcell**<br>Alan R. Brayton<br>222 Rush Landing Road<br>Novato, CA 94948 |

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintrab, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899

Kevin Lantry, Esquire
Sidley Austin Brown & Wood, LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-6000

James Patton, Esquire
Young Conoway Stargatt & Taylor
Brandywine Building
1000 West Street'
Wilmington, DE 19899
p. 302.571.6600
f.  302.576.3317

Matthew E. Albers, Esquire
James J. McMonagle, Esquire
Vorys, Sater, Seymour & Pease, LLP
2100 One Cleveland Circle
1375 E. Ninth Street
Cleveland, OH 44114

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

      /s/ Kristi J. Doughty
      Robert T. Aulgur, Jr. (No. 165)
      Kristi J. Doughty (No. 3826)
      P.O. Box 617
      Odessa, DE 19730-0617
      Attorneys for Certain Underwriters at Lloyd's,
      London and Certain London Market Insurers

Dated:  April 18, 2005