IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| KAISER ALUMINUM CORP., et al., et al., | : | Bankr. Case No. 02-10429-PJW |
| | : | |
| Debtors. | : | |
| | : | |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES, | : | |
| | : | |
| Appellants, | : | |
| | : | **CONSOLIDATED** |
| v. | : | Civ. Act. No. 04-1496-JJF (LEAD) |
| | : | |
| FUTURE ASBESTOS CLAIM REPRESENTATIVE, BARON & BUDD PC, SILBER PEARLMAN, LLP, OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, BRAYTON PURCELL, | : | |
| | : | |
| Appellees. | : | |
| | : | |
| IN RE:  THE FLINTKOTE CO., et al., | : | Bankr. Case No. 04-11300-JKF |
| | : | |
| Debtors. | : | |
| | : | |
| LONDON MARKET INSURANCE COMPANIES, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civ. Act. No. 04-1521-JJF |
| | : | |
| BARON & BUDD PC, SILBER PEARLMAN LLP, | : | |
| | : | |
| Appellees. | : | |

### FINAL ORDER

At Wilmington, this 28 day of July 2005, for the reasons set forth in the Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The above-captioned appeal is **DISMISSED**.

2. In the alternative, the October 22, 2004 and the October 25, 2004 Revised Orders Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (the "Revised 2019 Orders") issued by the United States Bankruptcy Court for the District of Delaware in the Flintkote Co., et al. and Kaiser Aluminum Corp., et al. bankruptcy cases, respectively are **AFFIRMED**.

_____
UNITED STATES DISTRICT COURT